# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDRE THOMAS

NO.   2020 KW 0119

**MAY 1 2 2020**

---

In Re:   Andre Thomas, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-18-0599.

---

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED ON THE SHOWING MADE.**

**PMc**
**JEW**

**Holdridge, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT